## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**JOSEPH A. DANIELS**,

    Plaintiff,

v.                                                    Civil Action No. **3:25CV333 (RCY)**

**UNKNOWN,**

    Defendant.

### MEMORANDUM OPINION

Plaintiff, a Virginia inmate, submitted this action.  Plaintiff has requested leave to proceed *in forma pauperis*.  The pertinent statute provides:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).  Plaintiff has at least three other actions or appeals that have been dismissed as frivolous or for failure to state a claim.  *See, e.g., Daniels v. Caldwell*, No. 3:14CV856, 2015 WL 7283121, at *2 (E.D. Va. Nov. 16, 2015); *Daniels v. Jarratt*, No. 3:13CV440, 2014 WL 12654876, at *1 (E.D. Va. July 22, 2014); *Daniels v. Caldwell*, No. 3:11CV461, 2013 WL 6713129, at *4 (E.D. Va. Dec. 18, 2013).  Plaintiff's current complaint does not credibly suggest that he is in imminent danger of serious physical harm.

Accordingly, his request to proceed *in forma pauperis* will be DENIED.  The action will be DISMISSED WITHOUT PREJUDICE.  Plaintiff remains free to submit a new complaint with the full $405 filing fee.  The Court will process such a complaint as a new civil action.

An appropriate Final Order will accompany this Memorandum Opinion.

_____ /s/ _____

Roderick C. Young
United States District Judge

Date:  June 24, 2025
Richmond, Virginia